# Sheehan & Associates, P.C.

505 Northern Blvd Ste 311   tel. 516.303.0552   fax 516.234.7800
Great Neck NY 11021-5101   spencer@spencersheehan.com

February 11, 2020

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   1:19-cv-06733-DLI-RER
 Kim et al v. Trulia, LLC

Dear Magistrate Judge Reyes:

      This office represents the plaintiff. In accordance with your Honor's Motion and Individual Practice Rules, plaintiff, jointly and with consent of defendant, requests an adjournment of the conference scheduled for Wednesday, February 19, 2020 and the submission of the Case Management Statement. There have been no previous requests for adjournment or extension of the conference date. No prior request was granted or denied. Defendant consents to and joins plaintiff in the present request.

      The reason for this request is because service of process was not completed until Monday, February 10, 2020. The parties will discuss how to proceed, such as a motion to dismiss by defendant and/or an amended complaint by plaintiff, in advance of the date by which defendant's answer or response to the complaint is due, Friday, April 10, 2020.

      The parties suggest an adjournment date of Monday, April 13, 2020 with the Case Management Statement submitted prior to this date as required by the Court. The requested adjournment does not affect any other scheduled dates. The request is submitted at least 48 hours prior to the conference date. Thank you.

      Respectfully submitted,

      /s/Spencer Sheehan
      Spencer Sheehan

Certificate of Service

I certify that on February 11, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan